**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SDE LOGISTICS, INC.,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:03-cv-1840-Orl-19KRS**

**AMCOR PET PACKAGING USA, INC.,**

      **Defendant.**
_____

# ORDER

A substantial portion of the deposition of Edward Sanchez, filed in support of Defendant's Motion for Final Summary Judgment (Doc. No. 26, filed Dec. 23, 2005), has not been included with the electronically filed copy (Doc. No. 27, filed Dec. 23, 2005, Attachments 2–6). Specifically, the Court has before it pages 1–140 (Parts I–II) and pages 212–254 (Part V), as well as exhibits, several of which appear to be duplicates (Parts III–IV). Pages 141–211 of the deposition, portions of which are relied upon by Defendant in its summary judgment motion, are missing from the record.

Upon telephonic notice from the Court, Defendant has attempted to remedy the oversight. (Doc. No. 74, filed Apr. 18, 2005). However, the newly provided electronic files contain exhibits which are identical to those included with Defendant's initial submission of Mr. Sanchez's deposition and do not include the missing pages of deposition testimony. Defendant is hereby ordered to electronically file pages 141–211 of the deposition of Mr. Sanchez within three (3) days from the date of this Order.

**DONE** and **ORDERED** in Chambers in Orlando, Florida this _18th__ day of April, 2005.

*Patricia C. Fawsett*
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record